## JOAO BOCK TRANSACTION SYSTEMS, LLC, Plaintiff-Appellant

v.

## JACK HENRY & ASSOCIATES, INC., Defendant-Appellee

### 2016-1887

United States Court of Appeals, Federal Circuit.

March 13, 2018

STEVEN WHITEFIELD RITCHESON, Insight, PLC, Chatsworth, CA, argued for plaintiff-appellant. Also represented by MAUREEN V. ABBEY SCORESE, Heninger Garrison Davis, LLC, Kenilworth, NJ; TIMOTHY C. DAVIS, Birmingham, AL.

RUSSELL S. JONES, JR., Polsinelli PC, Kansas City, MO, argued for defendant-appellee. Also represented by JAY E. HEIDRICK, RICHARD P. STITT.

(Lourie, Dyk, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**